JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>        Plaintiff,<br><br>        v.<br><br>GODINA, <u>et</u> <u>al.</u>,<br><br>        Defendant(s). | No. CV 18-697-RGK (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this matter is dismissed with prejudice.


DATED: October 2, 2019

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE